CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

RYAN REZAEI (CABN 126569)
Assistant United States Attorney
CLAUDIA QUIROZ (CABN 254419)
C. ALDEN PELKER (MD)
JONAS LERMAN (CABN 274733)
Trial Attorney
Computer Crime & Intellectual Property Section
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    Fax: (415) 436-7234
    ryan.rezaei@usdoj.gov
    claudia.quiroz2@usdoj.gov
    catherine.pelker@usdoj.gov
    jonas.lerman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 22-00257 |
|     Plaintiff, | DETENTION ORDER |
| v. | |
| DMITRY VASILEV,<br>    a/k/a "Dmitry Vasiliev,"<br>    a/k/a "Dmitry Vasilyev,"<br>    a/k/a "Дмитрий Васильев,"<br>    a/k/a "Дзмітрій Васільеў," | |
|     Defendant. | |

DETENTION ORDER
CR 22-00257                            1

On July 12, 2022, defendant Dmitry Vasilev was charged by Indictment with Operation of an Unlicensed Money Services Business, in violation of 18 U.S.C. §§ 1960, 2 and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h).

This matter came before the Court on August 13, 2025, for a detention hearing. The defendant was present and represented by defense counsel Matthew Dirkes. Computer Crime and Intellectual Property Section Deputy Chief Claudia Quiroz appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following finding as the basis for its conclusion: As noted in U.S. Pretrial Services' Pre-Bail Report, prepared on July 2, 2025, the defendant poses "a reasonable risk of non-appearance that cannot be reasonably mitigated by a combination of release conditions" which is aggravated by various factors, including the following: family ties to Russian and Spain, significant history of international travel, no ties to the district or community, unknown ties to the United States, no history of residency in the United States, and no bail resources. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel;

and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: August 19, 2025

_____
HONORABLE SALLIE KIM
United States Magistrate Judge

DETENTION ORDER
CR 22-00257                                    3