CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

RYAN REZAEI (CABN 126569)
Assistant United States Attorney
CLAUDIA QUIROZ (CABN 254419)
C. ALDEN PELKER (MD)
JONAS LERMAN (CABN 274733)
Trial Attorney
Computer Crime & Intellectual Property Section
United States Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7428
    Fax: (415) 436-7234
    ryan.rezaei@usdoj.gov
    claudia.quiroz2@usdoj.gov
    catherine.pelker@usdoj.gov
    jonas.lerman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 22-00257 |
| Plaintiff, | DECLARATION OF CLAUDIA QUIROZ IN SUPPORT OF UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO REVOKE DETENTION ORDER UNDER 18 U.S.C. § 3145(b) |
| v. | |
| DMITRY VASILEV,<br>    a/k/a "Dmitry Vasiliev,"<br>    a/k/a "Dmitry Vasilyev,"<br>    a/k/a "Дмитрий Васильев,"<br>    a/k/a "Дзмітрій Васільеў," | |
| Defendant. | |

I, Claudia Quiroz, declare and state as follows:

1. I am a Deputy Chief with the Criminal Division's Computer Crime and Intellectual Property Section of the U.S. Department of Justice. I am counsel for the United States in the above-referenced matter. I make this declaration in support of the United States' Response to Defendant Dmitry Vasilev's Motion to Revoke Detention Order.

2. Attached under seal as Exhibit A is the sealed transcript of the August 13, 2025 detention hearing in this matter before Honorable Sallie Kim, Magistrate Judge.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 4, 2025, in San Francisco, California.

*/s/ Claudia Quiroz*
Claudia Quiroz